UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LESLIE A. JONES,<br><br>    Defendant. | Case No. 3:08-cr-30067-JPG-PMF-2 |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Leslie Jones has filed a motion to reduce her sentence. (ECF No. 212.) The Court's jurisdiction to alter a sentence by a defendant's motion, however, is "extremely limited". *United States v. Jumah*, 431 F. App'x 494, 496, 2011 WL 2938076, at *2 (7th Cir. 2011). The Court may entertain a motion to reconsider for a brief time after sentencing, *United States v. Healy*, 376 U.S. 75, 84 S.Ct. 553, 11 L.Ed.2d 527 (1964); *United States v. Rollins*, 607 F.3d 500, 502–04 (7th Cir. 2010), but otherwise, the Court is limited by 18 U.S.C. § 3582(c). That statute instructs that the Court may only modify a sentence (1) on the motion of the Bureau of Prisons; (2) when a retroactive amendment to the sentencing guidelines applies; or (3) when "expressly permitted by statute or by Rule 35." *Jumah*, 431 F. App'x at 496; *see also United States v. Redd*, 630 F.3d 649, 650–51 (7th Cir. 2011); *United States v. Poole*, 550 F.3d 676, 678 (7th Cir. 2008). None of those circumstances are present here, so the Court must **DISMISS** Jones's motion for lack of jurisdiction.

**IT IS SO ORDERED.**
**DATED: JULY 30, 2018**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
